John Lynn Smith (SBN 154657)
Email: jlsmith@reedsmith.com
Julia C. Butler (SBN 199133)
Email: jbutler@reedsmith.com
Joonsik Maing (SBN 240927)
Email: jmaing@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA
COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>  Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.,<br><br>  Defendant. | No.: C08-03497 SC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT WASTE MANAGEMENT OF ALAMEDA COUNTY, INC. TO RESPOND TO PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S COMPLAINT**<br><br>Compl. Filed:  July 21, 2008<br><br>Honorable Samuel Conti |

This stipulation is entered into by and between Plaintiff California Sportfishing Protection Alliance ("Plaintiff") and Defendant Waste Management of Alameda County, Inc. ("WMAC") (collectively, "Parties") through their counsel and is based upon the following:

1. On September 3, 2008, Plaintiff served its Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") on Defendant.

2. Defendant's deadline to file and serve a response to the Complaint is September 23, 2008.

3. Pursuant to Rule 6-1 of the Local Rules for the United States District Court for the Northern District of California, the Parties stipulate to extend the time for Defendant to file and serve a response to the Complaint by one (1) week. Defendant now has up to and including September 30, 2008 to file and serve its response to the Complaint.

4. This extension does not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED.

DATED: September 19, 2008

                                        LOZEAU DRURY LLP

                                        By _____
                                        Michael R. Lozeau
                                        Attorneys for Plaintiff
                                        California Sportfishing Protection Alliance

DATED: September 19, 2008

                                        REED SMITH LLP

                                        By _____
                                        John Lynn Smith
                                        Attorneys for Defendant
                                        Waste Management of Alameda County, Inc.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]