MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

JOHN LYNN SMITH (State Bar No. 154657)
JULIA C. BUTLER (State Bar No. 199133)
JOONSIK MAING (State Bar No. 240927)
Reed Smith LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612-3572
Tel: (510) 763-2000
Fax: (510) 273-8832
E-mail: jlsmith@reedsmith.com
jbutler@reedsmith.com

Attorney for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., a corporation.<br><br>Defendant. | Case No. 3:08-cv-03497-SC<br><br>STIPULATION CONTINUING DATE ON WHICH TO EXCHANGE INITIAL DISCLOSURES; ~~[PROPOSED]~~ ORDER THEREON<br><br>Judge: Hon. Samuel Conti |

WHEREAS, Plaintiff California Sportfishing Protection Alliance served the Complaint in this action on Defendant Waste Management of Alameda County, Inc. ("WMAC") on September 4, 2008;

WHEREAS, Defendant filed its answer in this action on September 30, 2008;

WHEREAS, the parties filed a joint case management conference statement on November 13, 2008;

WHEREAS, both before and after the filing and service of the Complaint, the parties have engaged in and are continuing to engage in discussions and negotiations to fully resolve this matter and have made significant progress on a potential settlement;

WHEREAS, the parties would like to continue to focus their efforts on settlement discussions instead of preparing initial disclosures which may become unnecessary should the parties reach a resolution;

WHEREAS, the parties agreed to extend the date upon which to exchange initial disclosures to and including December 5, 2008;

///

///

///

///

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Sportfishing Protection Alliance and Defendant Waste Management of Alameda County, Inc. that the parties shall have to and including December 5, 2008 to exchange initial disclosures.

Dated: November 14, 2008

Respectfully submitted,

LOZEAU DRURY LLP

By: ___________\s___________
DOUGLAS J. CHERMAK
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

REED SMITH LLP

By: ___________\s___________
JULIA C. BUTLER
Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

**ORDER**

Pursuant to Stipulation, it is so ORDERED.

Dated: ______________

______________________________
UNITED STATES DISTRICT JUDGE