MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
          Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

JOHN LYNN SMITH (State Bar No. 154657)
JULIA C. BUTLER (State Bar No. 199133)
JOONSIK MAING (State Bar No. 240927)
Reed Smith LLP
1999 Harrison St., Suite 2400
Oakland, CA  94612-3572
Tel: (510) 763-2000
Fax: (510) 273-8832
E-mail:   jlsmith@reedsmith.com
          jbutler@reedsmith.com

Attorney for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., a corporation.<br><br>        Defendant. | Case No. 3:08-cv-03497-SC<br><br>SECOND STIPULATION CONTINUING DATE ON WHICH TO EXCHANGE INITIAL DISCLOSURES; [~~PROPOSED~~] ORDER THEREON<br><br>Judge: Hon. Samuel Conti |

1 WHEREAS, Plaintiff California Sportfishing Protection Alliance served the Complaint in this action on Defendant Waste Management of Alameda County, Inc. ("WMAC") on September 4, 2008;

WHEREAS, Defendant filed its answer in this action on September 30, 2008;

WHEREAS, the parties filed a joint case management conference statement on November 13, 2008;

WHEREAS, both before and after the filing and service of the Complaint, the parties have engaged in and are continuing to engage in discussions and negotiations to fully resolve this matter and have made significant progress on a potential settlement;

WHEREAS, the parties would like to continue to focus their efforts on settlement discussions instead of preparing initial disclosures which may become unnecessary should the parties reach a resolution;

WHEREAS, the parties appeared at the Initial Case Management Conference on November 21, 2008 and represented to the Court that they were making good progress toward settlement;

WHEREAS, the parties agreed to extend the date upon which to exchange initial disclosures from December 5, 2008 to January 9, 2009;

///

///

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Sportfishing Protection Alliance and Defendant Waste Management of Alameda County, Inc. that the parties shall have to and including January 9, 2009 to exchange initial disclosures.

Dated: December 2, 2008   Respectfully submitted,
LOZEAU DRURY LLP

By: _____\\s\\_____
DOUGLAS J. CHERMAK
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

REED SMITH LLP

By: _____\\s\\_____
JULIA C. BUTLER
Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA
COUNTY, INC.

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# ORDER

Pursuant to Stipulation, it is so ORDERED.

Dated: _____     _____
                                       UNITED STATES DISTRICT JUDGE

.