MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
         Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

JOHN LYNN SMITH (State Bar No. 154657)
JULIA C. BUTLER (State Bar No. 199133)
JOONSIK MAING (State Bar No. 240927)
Reed Smith LLP
1999 Harrison St., Suite 2400
Oakland, CA  94612-3572
Tel: (510) 763-2000
Fax: (510) 273-8832
E-mail:  jlsmith@reedsmith.com
         jbutler@reedsmith.com

Attorney for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., a corporation.<br><br>          Defendant. | Case No. 3:08-cv-03497-SC<br><br>STIPULATION TO CONTINUE DISCOVERY DEADLINES PENDING MEDIATION; [PROPOSED] ORDER<br><br>Judge: Hon. Samuel Conti |

**I.     REQUEST AND STIPULATION RE CONTINUING DISCOVERY DEADLINES**

WHEREAS, Plaintiff California Sportfishing Protection Alliance served the Complaint in this action on Defendant Waste Management of Alameda County, Inc. ("WMAC") on September 4, 2008;

WHEREAS, Defendant filed its answer in this action on September 30, 2008;

WHEREAS, the parties filed a joint case management conference statement on November 13, 2008;

WHEREAS, both before and after the filing and service of the Complaint, the parties have engaged in and are continuing to engage in discussions and negotiations to fully resolve this matter and have made significant progress on a potential settlement;

WHEREAS, the parties conferred in an ADR conference call on December 17, 2008, with Daniel Bowling, an ADR Program Staff Attorney for the Northern District of California, and decided to engage in a mediation to be scheduled during January 2009 to help reach a settlement;

WHEREAS, the parties agreed to extend the deadlines for all written discovery, including both the initial disclosures and the written discovery that has already been served, to February 25, 2009, in order to focus their efforts on the mediation settlement discussions;

WHEREAS, the parties agreed to schedule and conduct a Rule 34 site inspection within two weeks of the mediation should the mediation not result in a settlement;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Sportfishing Protection Alliance and Defendant Waste Management of Alameda County, Inc. that the parties shall have to and including February 25, 2009 to complete pending written discovery and

///
///
///
///
///
///

initial disclosures, and that a Rule 34 site inspection shall take place within two weeks of an unsuccessful mediation.

Dated: January 6, 2009

        Respectfully submitted,

        LOZEAU DRURY LLP

        By: _/s/ *Douglas J. Chermak*_____
           DOUGLAS J. CHERMAK
           Attorneys for Plaintiff
           CALIFORNIA SPORTFISHING
           PROTECTION ALLIANCE

        REED SMITH LLP

        By: _/s/ *Julia C. Butler* (as authorized on 1/6/09)_
           JULIA C. BUTLER
           Attorneys for Defendant
           WASTE MANAGEMENT OF ALAMEDA
           COUNTY, INC.

**II.  ORDER**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/6/09__        _____
                              Hon. Samuel Conti
                              United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*